IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 4:04cr58-SPM

LEONEL BOIX,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Boix's motion to continue sentencing is granted. Sentencing is reset for Wednesday, January 25, 2006 at 12 Noon at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 17th day of January, 2006.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge