IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:04cr58-SPM

LEONEL BOIX,

      Defendant.
_____/

## ORDER FOR DISCHARGE OF CASH BOND

In accordance with the Court's oral pronouncement at sentencing on January 25, 2006, it is

ORDERED AND ADJUDGED:

1. Defendant Boix's motion to discharge cash bond (doc. 132) is granted.

2. Defendant Boix's cash bond posted by White, White & Associates under Receipt No. 400 107580 in the amount of $5,000 plus any accrued interest shall be refunded to White, White & Associates, One N.E. 2nd Avenue, Suite 200, Miami, FL 33132.

DONE AND ORDERED this 13th day of February, 2006.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge