IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:04cr58-SPM

LEONEL BOIX,

     Defendant.
_____/

### ORDER ON RESTITUTION

Defendant Leonal Boix has been ordered to pay restitution to Johnson and Johnson in the amount of $250,000.  This order clarifies that the restitution is owed jointly and severally with Michele Gonzalo (4:04cr58), Jose Antonio Rueda (4:04cr58), and Lucas Omar Dominguez (4:04cr9).

SO ORDERED this 24th day of February, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge